**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
    CLARENCE P JONES

**Order Filed on July 24, 2019 by**
**Clerk, U.S. Bankruptcy Court -**
**District of New Jersey**

**Case No.:  19-20863**

**Hearing Date:  07/24/2019**

**Judge:  STACEY L. MEISEL**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: July 24, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  CLARENCE P JONES

Case No.:  19-20863SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 07/24/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 7/24/2019 of the plan filed on 06/13/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 08/07/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-20863-SLM
Clarence P Jones                                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jul 25, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db              +Clarence P Jones,    67 Oakland Street,    Englewood, NJ 07631-2150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, et al ...
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association, et al ...
             kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg   magecf@magtrustee.com
            Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, et al ...
             rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            Walter D. Nealy    on behalf of Debtor Clarence P Jones nealylaw@gmail.com,
             r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
                                                                                          TOTAL: 6