| | |
|---|---|
| **WALTER D. NEALY**<br>**ATTORNEY AT LAW**<br>100 South Van Brunt Street, Suite 2C<br>Englewood, New Jersey 07631<br>Phone: (201) 227-0063<br>Fax: (201) 227-6118<br>Email: nealylaw@gmail.com<br>**Attorney for Debtor** | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 19-20863-KCF<br><br>Chapter 13<br><br>Hearing Date: March 3, 2020<br><br>Time: 10:00 am<br><br>Judge: Kathryn C. Ferguson, Chief Judge |
| **In Re:**<br><br><br>  **Clarence P. Jones**<br><br>               **Debtors** | **NOTICE OF MOTION TO DIRECT THE CLERK**<br>**TO TURNOVER UNCLAIMED FUNDS**<br>**TO THE DEBTORS** |

TO: See attached list of creditors

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, New Jersey 07004

To Whom It May Concern:

    The Debtor has filed papers with the Court for an Order granting the relief requested, above and for other such relief as the Court may deem appropriate.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

    If you do not want the Court to render the relief requested or if you want the Court to consider your views on the motion, then within seven days prior to the scheduled hearing you or your attorney must: File a written response in opposition to this motion explaining your position (s) and send it to:

1

Clerk
Clarkson S. Fisher US Courthouse
402 East State, Courthouse #2
Trenton, New Jersey 08608

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Walter D. Nealy
Attorney At Law
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631

**IF YOU OPPOSE THE RELIEF REQUESTED HEREIN YOU SHOULD ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE**

Honorable: Kathryn C. Ferguso, Chief Judge
Date: March 3, 2020
Time: 10:00 am
Place: Clarkson S. Fisher US Courthouse
       402 East State Street, Courtroom #2
       Trenton, New Jersey 08608

Pursuant to D.N.J. LBR 9013-1(d) et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion no later than (7) days of the return date on the motion. A copy of the proposed Order, which is sought, is enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: February 7, 2020                       ____/s/ Walter D. Nealy____
                                                  Walter D. Nealy, Esq.
                                                  Attorney for Debtor