| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| WALTER D. NEALY, PC |
| ATTORNEY AT LAW |
| 100 South Van Brunt Street, Suite 2C |
| Englewood, New Jersey 07631 |
| Tel: (201) 227-0063 |
| Fax: (201) 227-6118 |
| Email: nealylaw@gmail.com |

Order Filed on January 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Clarence Jones

Case No.: 19-20863-SLM

Chapter: 13

Judge: Meisel

# ORDER GRANTING APPLICATION FOR
# PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: January 27, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

      On _____January 4, 2021_____, an application was filed for the Claimant(s), Clarence Jones_____, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

      ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $\_\_8, 342.44\_\_\_\_\_ held in unclaimed funds be made payable to Clarence Jones_____ and be disbursed to the payee at the following address:

247 Berry Street_____

Hackensack, New Jersey 07631_____

_____

_____

      The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*